Forsythe *v.* Wohlfarth, Appellant.

Argued April 13, 1965. Before ERVIN, P. J., WRIGHT, WATKINS, MONTGOMERY, JACOBS and HOFFMAN, JJ. (FLOOD, J., absent).

*Preston J. McDonnell,* for appellant.

*Leonard J. Paletta,* with him *McArdle, Harrington, Feeney & McLaughlin,* for appellee.

OPINION PER CURIAM, May 10, 1965:

The judgment of the Court of Common Pleas of Allegheny County is affirmed on the opinion of Judge ALBERT A. FIOK for the court below, reported at 35 Pa. D. & C. 2d 785.